IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cv-00233-KS

| | |
|---|---|
| JESSE G. YATES, III, and MELISSA YATES<br>　　　　　　　　Plaintiffs.<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a *Property & Casualty Domestic Stock* insurance company incorporated in Illinois and wholly-owned by *State Farm Mutual Automobile Insurance Company,* an Illinois *Property & Casualty Domestic Mutual* insurance company,<br>　　　　　　　　Defendant. | **ORDER GRANTING DEFENDANT'S MOTION TO SEAL** |

Before the Court is Defendants' Motion to Seal Defendant's Trial Exhibit 41. For the reasons stated in the Motion, the Court finds good cause to grant Defendants' Motion to Seal. Specifically, the Court finds that Defendant's Trial Exhibit 41 is State Farm's underwriting file for the insurance policy at issue in this case and is comprised of State Farm's confidential trade secret information. The harm posed to State Farm by the disclosure of that information outweighs the public's minimal interest in access to the type of information that would normally be kept confidential. In addition, the Court finds that any less restrictive alternative would be insufficient. Therefore, the Court orders that Defendant's Trial Exhibit 41 shall remain permanently sealed. The courtroom need not be sealed during presentation of evidence concerning Defendant's Trial Exhibit 41.

This the 31st day of January 2017.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge