UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JESSE G. YATES, III and
MELISSA YATES,

      Plaintiffs,

vs.

STATE FARM FIRE and CASUALTY
COMPANY,

      Defendant.

**JUDGMENT**
7:13-CV-233-KS

**Jury Verdict.**

This action was tried by a jury with the Honorable Kimberly A. Swank, U.S. Magistrate Judge, presiding, and the jury has rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of Defendant, State Farm Fire and Casualty Company on all claims.

**This judgment filed and entered on February 7, 2017, with copies *electronically* served on:**

| | |
|---|---|
| **Michael Davenport** | **Jonathan Hall** |
| **Scott Overholt** | **Robert Carter Elkins** |
| **Gregory Simons** | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**DATE:**
February 7, 2017

**JULIE RICHARDS JOHNSTON, CLERK**

*Shelia D. Foell*
Shelia D. Foell, Deputy Clerk of Court